[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11920
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00003-JES-DNF-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL PEREZ,
a.k.a. Clownface,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 7, 2015)

Before ED CARNES, Chief Judge, JORDAN and JULIE CARNES, Circuit
Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Michael Perez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perez's conviction and sentence are **AFFIRMED**